139 So. 911

## Jim, alias J. W., BOWLES v. STATE.
### 8 Div. 478.

Court of Appeals of Alabama.
Feb. 9, 1932.

F. E. Throckmorton, of Tuscumbia, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.

Defendant was convicted of violating the prohibition law and appeals.

This case was tried by the court without a jury. The evidence was in conflict, and, giving to the court's conclusion the weight to which it is entitled under the law, the judgment must be affirmed. Peterson v. State, 17 Ala. App. 662, 88 So. 49.

Affirmed.